**Lynn A. PEARY, Plaintiff—Appellant,**

v.

**Porter J. GOSS, Defendant—Appellee.**

**No. 05–1658.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 10, 2006.

Decided: May 22, 2006.

David H. Shapiro, Ellen K. Renaud, Swick & Shapiro, P.C., Washington, D.C., for Appellant. Paul J. McNulty, United States Attorney, R. Joseph Sher, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before LUTTIG * and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

* Judge Luttig was a member of the original panel but did not participate in this decision.

PER CURIAM:

Lynn A. Peary appeals the district court's order granting summary judgment to her former employer on her claims of disparate treatment based on age, race, and sex, pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e–2000e–17 (2000) ("Title VII") and the Age Discrimination in Employment Act, 29 U.S.C. §§ 621–634 (2000) ("ADEA") and a hostile work environment under Title VII. Finding no reversible error, we affirm on the reasoning of the district court. *See Peary v. Goss,* No. CA–04–966–1 (E .D. Va. Apr. 13 & 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*